# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-mj-847 DTS |
| JOSE HUERTA-GONZALEZ | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 11, 2025, in the State and District of Minnesota, defendant,

an alien, was found in the United States after having been removed therefrom on or about September 6, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony;

all in violation of Title 8, 1326(a) and 1326(b)(2).

I further state that I am special agent of the Department of Homeland Security Investigations and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Digitally signed by CHARLES J WEISSMANN*
*Date: 2025.12.11 17:53:58 -06'00'*

*Complainant's signature*

Charles Weissmann
HSI Special Agent

*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date: December 11, 2025

City and State: Minneapolis, MN

*Judge's Signature*

David T. Schultz
United States Magistrate Judge

*Printed Name and Title*