DISTRICT OF MINNESOTA

COUNTY OF HENNEPIN

# AFFIDAVIT

I, Charles Weissmann, being duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI"), and have been so employed since approximately 2020. Before that, I was an employee of United States Customs and Border Protection ("CBP"), as both a Border Patrol Agent and CBP Officer, beginning in 2007. My current responsibilities include the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that Jose Huerta GONZALEZ has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed, and is subject to the enhanced penalty provision set forth in Title 8, United States Code, Section 1326(b)(2) because the defendant was previously removed following a conviction for an aggravated felony. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal

complaint charging HUERTA-GONZALEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.  This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and my review of records maintained by HSI, Immigration and Customs Enforcement ("ICE"), other components of the Department of Homeland Security ("DHS"), the Department of Justice ("DOJ"), and other government agencies.

4.  According to DHS records, HUETA-GONZALEZ is a native and citizen of Ecuador and has no claim to United States citizenship or lawful residence. DHS records reflect that HUERTA-GONZALEZ was born in Ecuador on December 25, 1999; he entered the United States at an unknown time and at an unknown place without being inspected, admitted, or paroled by United States immigration authorities.

5.  Records maintained by the Hennepin County District Court reflect that on or about August 1, 2019, HUERTA-GONZALEZ pleaded guilty to Criminal Sex Conduct-3rd Degree–Victim 13-15, Actor greater than 24 in violation of section 609.344.1(b) of the Minnesota Statutes, an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(ii), and sentenced

to 15 months' imprisonment and three years of mandatory supervised release, with his three years of his imprisonment stayed.

6. According to DHS records, on or about December 10, 2015, HUERTA-GONZALEZ was ordered removed in absentia from the United States to Ecuador by Immigration Judge Susan E. Castro in Bloomington, MN.

7. On or about July 18, 2019, HUERTA-GONZALEZ was served DHS Form I-294 (Warning to Alien ordered Removed or Deported). This form instructed HUERTA-GONZALEZ that he was being removed from the United States for a period of 10 years because he had been found inadmissible or excludable under section 212 of the Act. HUERTA-GONZALEZ had signed the bottom of DHS Form I-294 and was fingerprinted acknowledging receipt.

8. On or about July 18, 2019, HUERTA-GONZALEZ was also served DHS Form I-205 (Warning of Removal/Deportation). This document advised HUERTA-GONZALEZ that he was subject to removal based on a final order by an Immigration Judge.

9. According to DHS records, on or about September 6, 2019, HUERTA-GONZALEZ was removed from the United States to Ecuador from Alexandria, LA via ICE air flight 192066. DHS Form I-205 was signed and fingerprinted by HUERTA-GONZALEZ prior to his departure.

10. On or about December 10, 2025, HSI Agents were conducting surveillance near 2901 Bryant Ave N., Minneapolis, MN. HUERTA-

GONZALEZ used the address to register for the predatory sexual offender registration in Minnesota. While conducting surveillance at the address, agents observed a white Mitsubishi Lancer MN license plate ZKJ935 parked in the driveway of the residence's property registered to HUERTA-GONZALEZ.

11. On that same date at approximately 9:30 a.m., agents observed an individual matching a photo of HUERTA-GONZALEZ from DHS records exit the rear of the house and enter the passenger side of the vehicle. HUERTA-GONZALEZ remained in the vehicle for approximately five minutes and then returned to the house.

12. At approximately 3:00 p.m., agents observed the Mitsubishi Lancer in the driveway appear to start remotely. Shortly thereafter, an agent observed an individual, again appearing to be HUERTA-GONZALEZ, exit the rear of the house, go to the car, and then enter the house again.

13. Agents were then called off the home for a short time to respond to another situation in New Hope, MN which was quickly called off. Agents then returned to 2901 Bryant Ave, N at approximately 3:05 p.m. and observed the car driving westbound on 29th Street. Agents confirmed the license plate and surveilled the vehicle to the intersection of Minnesota 100 and Duluth St. Agents activated their red and blue emergency lights and attempted a vehicle stop. The vehicle yielded in the number two left turn lane to southbound

4

Minnesota 100. One agent was in front of the vehicle and the other behind. Agents approached the car wearing ballistic vests with placards and badges identifying themselves as police and HSI. While walking to the vehicle, an individual appearing to be HUERTA-GONZALEZ was in the driver's seat. HUERTA-GONZALEZ looked at the agents, smiled, and put the car in reverse, backed up and then turned hard left forward to exit the area between agents. The driver than illegally U-turned on a red light to head eastbound on Duluth Ave. Agents continued to follow with their emergency lights activated and HUERTA-GONALEZ slowed down on the right, rolled down his window, and appeared to wave agents forward. Agents again pulled in front of HUERTA-GONZALEZ on the right side of the road, who then turned his vehicle into the left lane to get away from agents. HUERTA-GONZALEZ then turned northbound into a small neighborhood, disregarding stop signs. Agents then terminated the pursuit at approximately 3:30 p.m.

14. On December 11, 2025, HSI agents were again conducting surveillance near 2901 Bryant Ave N., Minneapolis, MN. Upon arriving, Agents recognized the same white Mitsubishi Lancer in the driveway of the home. Agent confirmed the license plate belonging to HUERTA-GONZALEZ and proceeded to conduct surveillance of the home. At approximately 10:30 a.m., an agent observed the vehicle appear to start remotely and an individual exit the rear of the home and partially enter the passenger side of the vehicle.

5

Agents confirmed the individual appeared to be HUERTA-GONZALEZ, the same individual from the day before. An agent moved to the driveway, in an attempt to arrest HUERTA-GONZALEZ but HUERTA-GONZALEZ saw agents coming and ran to the home and locked the door. As he was running to the door, HUERTA-GONZALEZ looked at the agents and smiled. Agents were able to clearly see the individual appeared to be HUERTA-GONZALEZ based on the photo retrieved from DHS records. While pulling out of the driveway, an agent observed an individual crack the blinds of the window and watch agents exit the driveway.

15. Agents continued surveillance on the home until the current time. The vehicle continued to run and eventually shut off but HUERTA-GONZALEZ has not been seen exiting the home.

16. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about December 11, 2025, at Minneapolis, Minnesota, in the District of Minnesota, HUERTA-GONZALEZ, being an alien who was last removed from the United States on or about September 6, 2019, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

Further your Affiant sayeth not.

_____
Digitally signed by CHARLES J WEISSMANN
Date: 2025.12.11 17:54:50 -06'00'

Charles Weissman
Special Agent, HSI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
December 11, 2025

_____
DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA